Opinion filed August 31,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00039-CV

                                                    __________

 

                  HOUSE OF
YAHWEH, YISRAYL HAWKINS, AND 

SHANDRA HAWKINS, Appellants

 

                                                             V.

 

  MICHAEL WAYNE JOHNSON,
JR., INDIVIDUALLY AND AS NEXT 

FRIEND OF A.J. AND L.J., MINORS, AND AS REPRESENTATIVE
OF THE ESTATE OF LISA JOHNSON, DECEASED, Appellees



 

                                   On
Appeal from the 259th District Court

                                                             Jones
County, Texas

                                                      Trial
Court Cause No. 21576

 



 

                                           M
E M O R A N D U M     O P I N I O N

            The
parties have filed in this court an agreed motion to dismiss the appeal. 
Attached to the motion is a copy of the trial court’s order dismissing the
underlying claims.  The motion is granted, and the appeal is dismissed.

 

August 31, 2010                                                                     PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.